No.

In The PD-0200-15

Court Of Criminal Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

O. D. Van Duren

v.

The State Of Texas

From Appeal No. 01-13-00103-CR

Trial Cause No. 1307615

Harris County

FILED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

## Motion To Suspend The Rules

To The Honorable Judges Of The Court Of Criminal Appeals:

Comes now, O. D. Van Duren, Petitioner, and files this Motion in request for the Court to suspend the Texas Rule Of Appellate Procedure, Rule 2, In relation to the requirement of the number of copies to be filed, and the requirements of serving copies on State Prosecuting Attorney and Prosecutor on appeal, due to Petitioner's inability to make copies.

Wherefore, Petitioner prays this Court grant this motion and suspend the rules governing the requirements, herein mentioned.

Respectfully submitted,

O. D. Van Duren

O. D. Van Duren

Petitioner Pro Se

## Certificate Of Service

I certify that a true and correct copy of the above and foregoing Motion To Suspend The Rules, has been forwarded by U.S. Mail to:

Clerk

Supreme Court Bldg.

201 W. 14th St., Rm. 106

P.O. Box 12308

Austin, Texas 78711-2308

on this the 15th day of February, 2015

O. D. Van Duren
Petitioner, Pro Se

"I, O. D. Van Duren, verify and declare under penalty of perjury that the foregoing statements are true and correct."

Executed: February 15, 2015.

O. D. Van Duren